.

## UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Claire C. Cecchi |
| v. | : | Mag. No. 09-4095 (CCC) |
| LEMARRENEE MCMILLAN<br>a/k/a "Renee" | : | ORDER FOR CONTINUANCE |

This matter having come before the Court on the joint application of Ralph J. Marra, Jr., Acting United States Attorney for the District of New Jersey (Melissa L. Jampol, Assistant U.S. Attorney, appearing), and defendant LEMARRENEE MCMILLAN, a/k/a "Renee" (Carl Herman, Esq., appearing), for an order granting a continuance of the proceedings in the above-captioned matter for a period of 60 days from July 13, 2009 through and including September 10, 2009, to allow the parties to conduct plea negotiations and attempt to finalize a plea agreement, and the defendant being aware that she has the right to have the matter submitted to a grand jury within thirty days of the date of her arrest pursuant to Title 18, United States Code, Section 3161(b), and the defendant having consented to the continuance and waived such right, and no continuances having previously been granted by the Court pursuant to Title 18, United States Code, Section 3161(h)(7)(A) so that the parties could attempt to reach a plea agreement and thereby avoid a possible trial, and for good cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) Plea negotiations are currently in progress, and both the United States and the defendant desire additional time to negotiate a plea agreement, which would render any grand jury proceedings and any subsequent trial of this matter unnecessary;

(2) Pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore, on this /5 day of July, 2009,

ORDERED that this action be, and hereby is, continued for a period of 60 days from July 13, 2009 through and including September 10, 2009; and it is further

ORDERED that the period from July 13, 2009 through and including September 10, 2009, shall be excludable in computing time under the Speedy Trial Act of 1974.

_____
HON. CLAIRE C. CECCHI
United States Magistrate Judge

7/9/09

_____
Carl Herman, Esq.
Attorney for LEMARRENEE MCMILLAN, a/k/a "Renee"